# United States Court of Appeals for the Federal Circuit

---

**INFINITY COMPUTER PRODUCTS, INC.,**
*Plaintiff-Appellant*

**v.**

**OKI DATA AMERICAS, INC.,**
*Defendant-Appellee*

---

2020-1189

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00463-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

February 10, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court